**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dunte Elair ROSE, Defendant–
Appellant.**

**No. 16–6066**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2016

Decided: August 4, 2016

Larry W. Shelton, Federal Public Defender, Lisa Marie Lorish, Assistant Federal Public Defender, Charlottesville, Virginia, for Appellant. John P. Fishwick, Jr., United States Attorney, Craig Jacobsen, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dunte Elair Rose appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Rose, No. 5:13–cr–00030–MFU–4 (W.D. Va. Jan. 19, 2016); see United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED